In the Matter of the Application of the STATE COMMISSION OF PRISONS, with Regard to the Construction, Management and Affairs of Nassau

County Jail.— Upon consideration of the letter received from the Deputy Attorney-General, the application to withdraw the brief submitted is granted, and a new brief may be filed within five days. Present — Jenks, P. J., Putnam, Kelly and Jaycox, JJ.